IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -2 PM 4: 16

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.  NO. 03-20357-Ma

TERRY BROWN,

    Defendant.

---

ORDER DENYING MOTION TO OBTAIN PERSONNEL FILES OF
GOVERNMENT WITNESSES

---

Before the court is defendant's November 23, 2005, motion to obtain personnel files of government witnesses. The government opposes the motion and filed its response on December 1, 2005. After due consideration of the motion and response, the court finds that the motion is not well taken and should be and is hereby DENIED.

It is so ORDERED this 2d day of December, 2005.

                     /s/ Samuel H. Mays, Jr.
                     _____
                     SAMUEL H. MAYS, JR.
                     UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  12-7-05

118

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 118 in case 2:03-CR-20357 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Honorable Samuel Mays
US DISTRICT COURT