IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | FILED IN OPEN COURT |
| Plaintiff, | * | DATE: 12-6-2005 |
| | * | TIME: 11:51 AM |
| v. | * No. 03-20357-MA | INITIALS: T.H. |
| TERRY BROWN, | * | |
| Defendant. | * | |

## ORDER

Upon motion of the United States and for good cause shown, the Defendant, Terry Brown, is hereby precluded from introducing

1. Any lay and expert evidence in regard to Defendant's competency to stand trial;

2. Any lay and expert evidence in regard to Defendant's alleged mental condition at the time of the offense;

3. Any lay and expert evidence in regard to Defendant's voluntary intoxication or diminished capacity at the time of the offense; and

4. The Defendant is to instruct all of its witnesses not to mention, refer to, or otherwise attempt to convey to the jury in any manner, either directly or indirectly, the above mentioned issues,

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____



without first having obtained permission of the Court outside the presence and hearing of the jury.

Ordered this  6th  day of December, 2005.

_____
HONORABLE BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

DATE: 12-1-05

APPROVED: _____
SCOTT F. LEARY
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103
(#022357 Tennessee)

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 120 in case 2:03-CR-20357 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Honorable Samuel Mays
US DISTRICT COURT