FILED BY _____ D.C.

05 DEC 22 PM 1:23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

Case No.: 03-20357 D

**TERRY BROWN,**

    Defendant.

---

## ORDER

---

Before the court is the motion of Defendant, Terry Brown, for an extension of time to file a motion for new trial. For cause shown, the motion is GRANTED. Defendant is allowed thirty (30) business days from the entry of this order to file a motion for new trial.

**IT IS SO ORDERED** this 22 day of December, 2005.

_____
BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 131 in case 2:03-CR-20357 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Honorable Bernice Donald
US DISTRICT COURT